IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00328-PAB-KLM

RONALD J. NAGIM
Plaintiff,

v.

BONNIE F. JACKSON,
ALICIA PELLERGRIN,
STEVEN IRVING,
JOSEPH E. ABRAHAM, JR.
SANDRA HOYT ABRAHAM,
STEPHEN PUGH,
BRANDON FREEMAN, and
JOSEPH E. ABRAHAM, III,

Defendants
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motions for Court Assistance of Process Service to Defendants** [Docket No. 7; Filed March 16, 2010] (the "Motion"). Plaintiff asserts that he cannot afford to pay for service of process.

IT IS HEREBY **ORDERED** that the Motion is **DENIED**. Pursuant to Fed. R. Civ. P. 4(c)(3), the Court may order that service be made by the United States Marshal. However this Rule only applies to a plaintiff authorized to proceed *in forma pauperis*. Plaintiff has not been granted *in forma pauperis* status. Moreover, the Court notes that Plaintiff is a voluntary litigant. If he unable to prosecute his claim, he may file a motion to dismiss.

Dated: March 18, 2010