IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00328-PAB-KLM

RONALD J. NAGIM,

Plaintiff,

v.

BONNIE F. JACKSON,
ALICIA PELLERGRIN,
STEVEN IRVING,
JOSEPH E. ABRAHAM, JR.
SANDRA HOYT ABRAHAM,
STEPHEN PUGH,
BRANDON FREEMAN,
JOSEPH E. ABRAHAM, III,

Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion for Extension of Time** [Docket No. 38; Filed May 13, 2010], Plaintiff's **Motions** (sic) **to Strike Dismissal and Venue of Defendants** [Docket No, 39; Filed May 13, 2010], and Plaintiff's **Amended Motion to Object to the Dismissal and Venue or Transfer** [Docket No. 40; Filed May 14, 2010].

IT IS HEREBY **ORDERED** that the Motion for Extension of Time [#38] is **GRANTED**. Plaintiff shall file one consolidated response to Defendants' pending motions [#11, #13, #17, #18, #19, #20, #21, #22, #24, #25, #35] on or before **June 10, 2010**.

IT IS FURTHER **ORDERED** that the Motion to Strike [#39] is **DENIED**. Pursuant to Fed. R. Civ. P. 12(f), the court may strike "redundant, immaterial, impertinent, or scandalous matter." Plaintiff has not identified the material filed by Defendants that should be stricken. Moreover, the Court finds that there is no basis for striking any pleadings.

IT IS FURTHER **ORDERED** that the Amended Motion to Object [#40], which the court construes as a motion to file an amended response to Defendants' motions, is **GRANTED**.

Dated: May 24, 2010