IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00328-PAB-KLM

RONALD J. NAGIM,

Plaintiff,

v.

BONNIE F. JACKSON,
ALICIA PELLERGRIN,
STEVEN IRVING,
JOSEPH E. ABRAHAM, JR.
SANDRA HOYT ABRAHAM,
STEPHEN PUGH,
BRANDON FREEMAN, and
JOSEPH E. ABRAHAM, III,

Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion to Deny the Stephen Irving Deception and Fraudulent Claims Again to this Court and the Request of Rule and Order of a Temporary and or Permanent Order** [Docket No. 60; Filed June 28, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **DENIED**. The Motion is frivolous and nonsensical and impossible for the Court to understand. This is not the first frivolous motion filed by Plaintiff. On June 28, 2010 and June 29, 2010 alone he filed six pleadings that are equally repetitive, frivolous, and incomprehensible. Plaintiff's "rights of access to the courts and to petition for redress certainly do not hinge on his being able to file an endless stream of repetitive, frivolous motions . . . ." *Kinnell v. State of Kansas*, No. 00-3235-SAC, 2009 WL 902402, at * 2 (Apr. 1, 2009). Accordingly,

IT IS FURTHER **ORDERED** that Plaintiff shall not file any further pleadings until the resolution of pending motions #11, #13, #17, #18, #19, #20, #21, #22, #24, #25, #35.


Dated: July 1, 2010